**Order entered April 23, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01337-CV

**PAULA MOORE & ALL OCCUPANTS, Appellants**

**V.**

**J.P. MORGAN CHASE BANK, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-13-05404-E**

## ORDER

We **GRANT** appellants' motion for extension of time to file brief and **ORDER** the brief

tendered to the Clerk of the Court April 21, 2014 filed as of the date of this order.

/s/      ELIZABETH LANG-MIERS
           JUSTICE